# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**HENRY POSEY (#97166)**

**VERSUS**

**LASALLE CORRECTIONAL CENTER**

**CIVIL ACTION**

**NO. 18-0767-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 31, 2018, to which no opposition was filed;

**IT IS ORDERED** that this matter is transferred to the Western District of Louisiana for further proceedings.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 15, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA